IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FLOYD JAMES COLLINS and** | * | |
| **ADOL T. OWEN-WILLIAMS** | | |
| 10221 River Road, 60694 | * | **CASE # 15-CV-566 (TSC)** |
| Potomac, Maryland | | |
| 20854 | * | **Before** |
| Plaintiff | * | **THE HONORABLE** |
| | * | **TANYA S. CHUTKAN** |
| Vs. | | |
| | * | |
| **UNITED STATES POSTAL SERVICE** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR COURT ORDERED
APPOINTMENT OF PRO BONO LEGAL REPRESENTATION**

---

I Adol Theo Owen-Williams, Jr. (hereinafter Owen-Williams) do solemnly swear under the penalty of perjury that I am competent to testify in the above caption action, and the contents of the statement set forth in this foregoing document presented to this Honorable United States Court entitled "PLAINTIFF'S MOTION FOR COURT ORDERED APPOINTMENT OF PRO BONO REPRESENTATION" are the absolute truth to the best of my knowledge, information, and belief.

Whereas, Owen-Williams has been Ordered by this Honorable Court to present Plaintiff Floyd James Collins (hereinafter Collins) before this Honorable Court to act as a Pro Se Plaintiff in the event that Legal Counsel could not be retained for Collins by May 29th, 2015.

Whereas, Owen-Williams has made every conceivable effort to retain Legal Counsel for Collins, but to no avail due to the fact that all available resources available to Collins are consumed to cover the cost of Collins' care in a Full Service Assisted Living Facility at Brightview Assisted Living (9200 Darnestown Road, Room 304, Rockville, Maryland 20850.)

**RECEIVED**

MAY 29 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Whereas, Collins is a World War II Veteran Tuskegee Airman Pilot in his early nineties with severe limited mobility and both Physically and Mentally incapable of pursuing such an endeavor as any legal matter in any court *Pro Se*.

Whereas, Collins is seeking redress for lost financial resources which are extremely necessary to cover the cost of his living situation in the above mentioned Full Service Assisted Living Facility, financial resources of his which were deprived of him through Civil Rights Violations by the Defendants, ironically; the very Civil Rights which his generation valiantly fought, and many of his colleagues died, for in World War II.

Whereas, there are no other available Financial Resources accessible to Collins to seek redress in this unfortunate but extremely essential present legal matter.

Therefore, Owen-Williams respectfully and ardently prays that this Honorable Court Grants the Plaintiff's Motion for Court Ordered Pro Bono Legal Representation.

Respectfully Submitted,

Adol T. Owen-Williams
10221 River Road, #60694
Potomac, Maryland
20854
301-922-2387
Email: thelandonlyadol@hotmail.com

## CERTIFICATE OF SERVICE

I do certify that on this 28 day of May, 2015, a copy of the foregoing "PLAINTIFF'S MOTION FOR COURT ORDERED APPOINTMENT OF PRO BONO REPRESENTATION" was served via First Class Mail, postage prepaid, on

**ERIC J. YOUNG**
Special Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington D.C. 20530
202-252-2530
Eric.young2@usdoj.gov

Adol Theo Owen-Williams, Jr. *(Pro Se)*    Date 5/28/15