UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLINS et al., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> Defendant. ) <br> ) | Case No. 1:15-cv-00566 <br> Hon. Tanya S. Chutkan |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Floyd Collins and Adol Owen-Williams, by and through their counsel, hereby give notice of their voluntary dismissal of this case without prejudice.

1. On March 9, 2015, Adol Owen-Williams filed a *pro se* complaint for damages on behalf of himself and Floyd J. Collins, in the Superior Court of the District of Columbia, Civil Division. On April 15, 2015, the case was removed to this Court.

2. On September 9, 2015, the Court ordered that Plaintiffs file an amended complaint no later than October 9, 2015.

3. Defendant has not answered the original complaint nor moved for summary judgment.

4. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that so long as the opposing party has not yet served an answer or motion for summary judgment in response to a complaint, a plaintiff may voluntarily dismiss the case without prejudice by filing a notice of dismissal. *Miniter v. Sun Myung Moon*, 736 F. Supp. 2d 41, 44-45 & n. 7. (D.D.C. 2010) (citing Fed. R. Civ. P. 41(a)(1)(A)(i)).

5. Plaintiff hereby gives such notice of voluntary dismissal and requests that the complaint be dismissed without prejudice to enable Plaintiff to seek redress before the appropriate Federal agency and receive a final disposition before proceeding with a claim in this Court.

6. Therefore, this action should be dismissed without prejudice.

Dated: October 9, 2015

Respectfully submitted,

*Stephen L. Humphrey*

Stephen L. Humphrey
Cameron LLP
818 Connecticut Avenue, N.W.
Suite 1003
Washington, DC 20036
202-293-3529