# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FLOYD J. COLLINS and ADOL T. OWEN-WILLIAMS**, ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 15-cv-566 (TSC) |
| ) ) | |
| **UNITED STATES POSTAL SERVICE**, ) ) | |
| Defendant. ) ) | |

## ORDER OF DISMISSAL

Plaintiffs' Motion to Dismiss, (ECF No. 13), is hereby granted pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This action is hereby dismissed without prejudice.

Date: October 9, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge